**1264**

AMERICAN–ARAB ANTI–DISCRIM-
INATION COMMITTEE, et al.,
Plaintiffs,

and

Aiad Arakat; Khader Musa Hamide;
Nuangugi Julie Mungai; Ayman Musta-
fa Obeid; Amjad Obeid; Naim Nadim
Sharif; Michael Ibrahim Shehadeh;
Bashar Amer, Plaintiffs–Appellees,

v.

Janet RENO, Attorney General; Harold
Ezell; C.M. McCullough; Doris Meiss-
ner, Commissioner, INS; Ernest E. Gus-
tafson, Past District Director, Ins; Rich-
ard K. Rogers, District Director, INS;
Gilbert Reeves, Officer, INS; Immigra-
tion & Naturalization Service, Defen-
dants–Appellants.

Nos. 96–55929, 97–55479.

United States Court of Appeals,
Ninth Circuit.

April 14, 1999.

Before: D.W. NELSON and CANBY,
Circuit Judges, and TANNER,* District
Judge.

**ORDER**

The judgment of this court, 119 F.3d 1367,
is vacated and remanded to the district court
with instructions to vacate the judgment of
the district court pursuant to the decision of
the Supreme Court of the United States in
*Janet Reno, Attorney General, et al. v.
American–Arab Anti–Discrimination Com-
mittee, et al.,* —— U.S. ——, 119 S.Ct. 936,
142 L.Ed.2d 940 (1999).

---

* The Honorable Jack E. Tanner, Senior United
  States District Judge for the Western District of
  Washington, sitting by designation.